IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,           )
                                )
v.                               )        Case No. CR-24-00402-JD
                                )
ALIAS BAH DE ZA LAWRENCE        )
SOUDRY,                          )
                                )
            Defendant.           )

## ORDER

Before the Court is the Motion to Suppress Evidence and Statements ("Motion") filed on behalf of Defendant Alias Bah De Za Lawrence Soudry. [Doc. No. 28]. Defendant moves to suppress evidence obtained from a warrantless blood test that Defendant argues he did not freely and voluntarily consent to. Motion at 1–2, 8–9. The Motion also makes reference to allegedly incriminating statements Trooper Lisa Jorgensen elicited from Mr. Soudry without reading Mr. Soudry his *Miranda* warnings. *Id.* at 3–4, 8. In the United States' response, the government argues that Mr. Soudry freely and voluntarily consented to the blood draw, so the results of the blood test are admissible at trial. [Doc. No. 29 at 7–9]. The government's response also repeatedly notes that it is "unclear" whether Defendant's Motion seeks to suppress statements on the basis that they were obtained in violation of *Miranda v. Arizona*, 384 U.S. 436 (1966), and its progeny. *Id.* at 3 n.4, 5 n.5.

The Court ORDERS Defendant to file a reply to the United States' response brief [Doc. No. 29] by **May 2, 2025, at 10:00 a.m. CT**. Defendant's reply brief should

specifically clarify whether he moves to suppress any statements on the grounds that he

was not read his *Miranda* warnings and, if so, Defendant should specify which statements

he moves to suppress. Defendant's reply brief must be limited to 10 pages in length and

"shall not reargue the points and authorities included in the opening brief." LCrR12.1(c).

IT IS SO ORDERED this 29th day of April 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE